### Fourth Department, September, 1952.

### (September 24, 1952.)

■

Homer L. Householder, Respondent, v. Town of Grand Island, Erie County, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Taylor, P. J., McCurn, Vaughan, Kimball and Piper, JJ. [See *ante,* p. 874.]

■

Betty Follette, Appellant, v. Gerald King et al., Respondents.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied. Present — Taylor, P. J., McCurn, Kimball, Piper and Wheeler, JJ. [See 279 App. Div. 1140.]

■

In the Matter of the Probate of the Will of Jean Townsend, Deceased. Philip L. Zenner et al., Appellants; Otto Townsend et al., Respondents.— Motion to resettle the order of affirmance or for reargument denied. Present — Taylor, P. J., McCurn, Vaughan, Kimball and Wheeler, JJ. [See *ante,* p. 877.]

■

In the Matter of Richard Lehrer, Doing Business as Almond Grill, Petitioner, against John F. O'Connell et al., Constituting the State Liquor Authority, Respondents.— Motion for reargument denied, with $10 costs; motion for leave to appeal to the Court of Appeals denied. Present — Taylor, P. J., McCurn, Vaughan, Kimball and Piper, JJ. [See *ante,* p. 877.]

■

Keshishian Bros., Inc., Respondent, v. Robert Deverian, Appellant.— Order of reference entered January 16, 1952, amended. [See 279 App. Div. 324.]

### First Department, October, 1952.

### (October 6, 1952.)

■

In the Matter of the Custody of Carmen A. Rodriguez, an Infant. Luis R. Chinchilla, Respondent; Luisa Rodriguez, Appellant.— Order unanimously affirmed. No opinion. Present — Peck, P. J., Dore, Van Voorhis and Breitel, JJ.

■

Marcella Semensohn, on Behalf of Herself and All Other Stockholders of Li Falco Manufacturing Co., Inc., Similarly Situated, Respondent, v. Joseph Weisblum et al., Individually and as Copartners Doing Business as Factors Company of America, et al., Appellants, et al., Defendants, and Pauline Cohen, Intervener, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the plaintiff-respondent. No opinion. Present — Peck, P. J., Dore, Callahan, Van Voorhis and Breitel, JJ.